```
PETER B. BUNTING  #124104
Attorney at Law
2501 West Shaw Ave., Suite 119
Fresno, CA  93711
Telephone:  (559) 226-4030
Facsimile:   (559) 226-4148
e-mail:  pbpc3@sbcglobal.net

Attorney for Debtor RUIZ
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

In re:                                              Case No.  13-15408A-13F
                                                    Chapter 13
HECTOR RUIZ,                                        D.C. No. PBB-1

                                                    **HEARING**
                                                    Date:  November 7, 2013
                                                    Time:  9:00 a.m.
                                                    Dept   A
                                                    Ctrm:  11  (5th Floor)
                                                    United States Bankruptcy Court
                                                    2500 Tulare Street
                                                    Fresno, California 93721-1318

                                                    **[HONORABLE FREDRICK E. CLEMENT]**
_____Debtor._____/

**NOTICE OF HEARING ON MOTION FOR CONFIRMATION
OF FIRST MODIFIED CHAPTER 13 PLAN**

      **PLEASE TAKE NOTICE** that the debtor in the above captioned Chapter 13 case, by and through his attorney, Peter B. Bunting, has filed a motion to modify an unconfirmed Plan.  A hearing on debtor's motion will be held on November 7, 2013 at 9:00 a.m., in Department A, Courtroom 11 (5th Floor) of the United States Federal Building, 2500 Tulare Street, Fresno, California 93721-1318.

      **NOTICE IS ALSO GIVEN** pursuant to Fed. R. Bankr. P. 2002(b) and LBR 9014(f)(1) of the United States Bankruptcy Court, Eastern District of California, this motion is being heard on forty-two (42) days notice.  Opposition, if any, to the granting of the Motion shall be in writing and shall be served on counsel for the moving party and the Chapter 13 Trustee at

1

the following addresses:

| Peter B. Bunting | Michael H. Meyer |
| Attorney at Law | Chapter 13 Trustee |
| 2501 W Shaw Ste 119 | PO Box 28950 |
| Fresno CA 93711 | Fresno CA 93729-8950 |

and filed with the clerk of the court not less than fourteen (14) calendar days preceding the hearing date set forth above.

      Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.

Dated: 9-24-13

*Peter B Bunting*
PETER B. BUNTING
Attorney at Law