1   PETER B. BUNTING  #124104
    Attorney at Law
2   2501 West Shaw Ave., Suite 119
    Fresno, CA  93711
3   Telephone:  (559) 226-4030
    Facsimile:  (559) 226-4148
4   e-mail:  pbpc3@sbcglobal.net

5   Attorney for Debtor RUIZ

6
                UNITED STATES BANKRUPTCY COURT
7               EASTERN DISTRICT OF CALIFORNIA, FRESNO

8   In re:                              Case No.  13-15408A-13F
                                        Chapter 13
9   HECTOR RUIZ,                        D.C. No. PBB-1

10                                      HEARING
                                        Date:  November 7, 2013
11                                      Time:  9:00 a.m.
                                        Dept    A
12                                      Ctrm:  11  (5th Floor)
                                        United States Bankruptcy Court
13                                      2500 Tulare Street
                                        Fresno, California 93721-1318
14  _____ Debtor. ____/       [HONORABLE FREDRICK E. CLEMENT]

15              PROOF OF SERVICE BY MAIL

16          I, Martha L. Garcia, am a citizen of the United States and a resident of the County
17  of Fresno, I am over the age of eighteen and not a party to the above-entitled action; my business
    address is 2501 West Shaw Avenue, Ste #119, Fresno, CA 93711. On 9/24/13, I served a
18  copy of

19  | 1) Notice of Hearing on Motion for Confirmation of First Modified Plan | 2) Motion for Confirmation of First Modified Chapter 13 Plan Pursuant to 11 USC Section 1329 | 3) Declaration of Hector Ruiz in Support of First Modified Chapter 13 Plan | 4) Declaration of Peter B. Bunting in Support of First Modified Chapter 13 Plan |
20  | --- | --- | --- | --- |
21  | 5) Exhibits in Support of Motion to Confirm First Modified Chapter 13 Plan | 6) Chapter 13 Plan - First Modified | | |

25
26  on the parties listed in the **attached service list** by mailing a true copy thereof fully prepaid and
27  addressed as listed.
28  / / /

                              1

I, Martha L. Garcia, declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/24/13

MARTHA L. GARCIA

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Ally Financial
P O Box 380901
Bloomington, MN 55438

Ally Financial serviced by
Ally Servicing LLC
PO Box 130424
Saint Paul, MN 55113-0004

Bank of America NA
FIA Card Services, N.A.
c/o NCB Management Receivables Inc
PO Box 1099
Langhorne, PA 19047

Bank of America NA
PO Box 26012
NC4-105-02-99
Greensboro, NC 27420-6012

California Business Bureau
1711 South Mountain Ave.
Monrovia, CA 91016

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Capital 1 for Best Buy
26525 N Riverwoods Blvd
Mettawa, IL 60045

Central Financial Control
Attention: Bankruptcy
Po Box 66044
Anaheim, CA 92816

Community Medical Center-Fresno
P O Box 1232
Fresno, CA 93715-1232

Educational Employees Credit Union
P O Box 5242
Fresno, CA 93755

Elizabeth Calleja
3215 E Ventura Ave
Fresno, CA 93702

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Fresno County Department of
Child Support Services
PO Box 12946
Fresno, CA 93779-2946

Fresno County Federal Credit Union
2580 W Shaw Lane
Fresno, CA 93711

Hector Ruiz
2070 W Whitesbridge Ave
Fresno, CA 93706-1327

Infinity General Insuance Co
c/o Credit Collection Services
PO Box 773
Needham, MA 02494

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JD Home Rentals
2975 E. Belmont Ave.
Fresno, CA 93701-2553

Jose Meza Bran
2010 W Whitesbridge Ave
Fresno, CA 93706

Michael H. Meyer
Chapter 13 Trustee
Post Office Box 28950
Fresno, CA 93729-8950

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

Onemain Financial
Po Box 499
Hanover, MD 21076

Portfolio Recovery Associates LLC
P O Box 41067
Norfolk, VA 23541-1067

Sears/Citibank NA
133200 Smith Rd
Cleveland, OH 44130

Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218