PETER B. BUNTING #124104
Attorney at Law
2501 West Shaw Ave., Suite 119
Fresno, CA 93711
Telephone: (559) 226-4030
Facsimile: (559) 226-4148
Email: Pbpc3@sbcglobal.net

Attorney for Debtor RUIZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

In re:

HECTOR RUIZ,

_____ Debtor. /

Chapter 13
Case No. 13-15408A-13F
D.C. No.

**NO HEARING**
Date:
Time:
Dept. A
Ctrm: 11 (5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721-1318

[HONORABLE FREDRICK E. CLEMENT]

**WITHDRAWAL OF DEBTOR'S CHAPTER 13 PLAN**

TO THE HONORABLE FREDRICK E. CLEMENT:

Debtor, Hector Ruiz, hereby withdraws his Chapter 13 Plan. Debtor will be filing a First Modified Plan in place and instead of the original Plan filed with the court on August 9, 2013.

Dated: 9-24-13

PETER B. BUNTING
Attorney for Debtor

1